**LANG & KLAIN, P.C.**
8767 E. VIA DE COMMERCIO, SUITE 102
SCOTTSDALE, ARIZONA 85258
TELEPHONE (480) 947-1911

KENT A. LANG, #010041
klang@lang-klain.com
GEORGE H. KING, #013287
gking@lang-klain.com

Attorneys for Defendant Truss Fab, LLC

Hans A. Nilges (0076017)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone: (330) 470-4428
hans@ohlaborlaw.com

Attorneys for Rusty Altman

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Rusty Altman,<br><br>            Plaintiff,<br>    v.<br><br>Truss Fab, LLC,<br><br>            Defendant | **No. CV-18-01460-PHX-DJH**<br><br>**STIPULATION TO DISMISS** |

The parties, by and through undersigned counsel, hereby stipulate, agree and respectfully request that this action be dismissed without prejudice, with the parties to bear their own costs and attorney's fees.

A form of order is lodged herewith.

DATED this 19th day of July, 2018

                        LANG & KLAIN, P.C.

By: */s/ George H. King*
     Kent A. Lang
     George H. King
     Attorneys for Truss Fab, LLC

HANS A. NILGES

By: */s/ Hans A. Nilges (with permission)*
     Hans A. Nilges
     Attorneys for Rusty Altman

## CERTIFICATE OF SERVICE

I hereby certify that this STIPULATION TO DISMISS was filed with the Clerk of the Court on July 19, 2018, using the CM/ECF system, which will send notification of such filing to:

    Hans A. Nilges
    7266 Portage Street, N.W., Suite D
    Massillon, Ohio 44646
    Attorneys for Plaintiff

By: */s/ Clara Wiklanski*