# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rusty Altman, | No. CV-18-01460-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Truss Fab LLC, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation to Dismiss (Doc. 14), filed on July 19, 2018,

IT IS ORDERED approving the Stipulation (Doc. 14) and dismissing this action in its entirety, without prejudice, each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED vacating the July 26, 2018 Rule 16 Scheduling Conference from the Court's calendar.

IT IS FURTHER ORDERED directing the Clerk of Court to terminate this action.

**Dated** this 19th day of July, 2018.

Honorable Diane J. Humetewa
United States District Judge